**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| STACY CONRAD, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:26-cv-00250-JJV |
| | * | |
| FRANK BISIGNANO, | * | |
| Commissioner of the | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 19th day of August 2026.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE